[No. 13698–4–I. Division One. October 21, 1985.]

WILLIAM SCHRADER, *Appellant,* v. L. E. SANDSTROM, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–17600–5, Lloyd W. Bever, J., entered August 8, 1983. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Corbett, C.J., and Cole, J. Pro Tem.

[No. 13035–8–I. Division One. October 21, 1985.]

JOHN WARD, ET AL, *Appellants,* v. JAMES E. KING, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 81–2–08057–0, Nancy A. Holman, J., entered March 16, 1983. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Corbett, C.J., and Williams, J.

[No. 13475–2–I. Division One. October 21, 1985.]

STELLA P. HOOB, *Appellant,* v. THEODORE E. SAMPSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–05863–7, David W. Soukup, J., entered June 23, 1983. *Affirmed* by unpublished opinion per Webster, J., concurred in by Williams and Ringold, JJ.

[No. 7073–1–II. Division Two. October 21, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. HERBERT ALBION GEROY, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 83–1–00150–1, Robert L. Harris, J., entered May 20, 1983. *Reversed* and *remanded* by unpublished opinion per Reed, A.C.J., concurred in by Petrich and Alexander, JJ.